IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAMIAN ORLOWSKI, et al.,<br><br>    Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>LARRY BATES, et al.,<br><br>    Defendants. | No. 2:11-cv-01396-JPM-cgc |

**ORDER REGARDING DEFENDANT CINDY STANDLEY'S MOTION TO DISMISS (ECF NO. 300) AND DENYING RECEIVER'S MOTION FOR CONTEMPT AND SANCTIONS (ECF NO. 310)**

On July 10, 2014, the Court entered an Order (ECF No. 334) that, inter alia: (1) required counsel for Plaintiffs and Defendant Cindy Standley to submit within ten days after the deposition of Ms. Standley a status report indicating which portions of the Motion to Dismiss (ECF No. 310), if any, remain for determination by the Court; and (2) deferred ruling on the Receiver's Motion for Contempt and Sanctions (ECF No. 310) pending the individual Defendants' compliance with discovery.

On August 28, 2014, the Court entered an Order to Show Cause (1) why the required status report had not yet been submitted by Plaintiffs and Defendant Cindy Standley, and (2) why the Receiver's Motion for Contempt and Sanctions should not be denied.  (ECF No. 353.)

As of September 5, 2014, Plaintiffs and Defendant Cindy Standley were still awaiting transcription of the August 12, 2014 deposition of Ms. Standley.  (ECF No. 354; ECF No. 355.)  Plaintiffs' resulting request for additional time in order to review the transcript (ECF No. 354) is well-taken, and unopposed (ECF No. 355).  Accordingly, counsel for Plaintiffs and Defendant Cindy Standley shall submit to the Court, within ten (10) days after receiving the transcription of the August 12, 2014 deposition of Ms. Standley, a status report indicating which portions of the Motion to Dismiss (ECF No. 300), if any, remain for determination by the Court.

According to the Receiver, "[T]he Individual Defendants have generally provided documentation consistent with the receiver's March 17, 2014, request for information."  (ECF No. 356.)  In light of the foregoing, the Receiver's Motion for Contempt and Sanctions (ECF No. 310) is DENIED.

**IT IS SO ORDERED,** this 8th day of September, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE