UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**DAMIAN ORLOWSKI, et al.,**

    **Plaintiffs on behalf of themselves
and all other similarly situated,**

v.                                      No. 2:11-cv-01396
                                          JURY DEMANDED

**LARRY BATES, et al.**

    **Defendants.**

## NOTICE OF CORRECTION

To all concerned, please take notice that the Receiver corrects and replaces the second sentence of the second full paragraph of page 4688 of the Receiver's motion for Prejudgment Attachment D.E. 359—"Larry Bates acquired a 2004 model year RV for $371,708.00"—and incorporates by reference in its place the following: "FAMC acquired a 2008 model year RV for $490,894.00."

                                Respectfully submitted,

                                HARRIS SHELTON HANOVER WALSH, PLLC

              BY:         s/ Laura S. Martin
                           John L. Ryder   Tenn. Disc. No.   8258
                           Steven N. Douglass Tenn. Disc. No. 09770
                           Laura S. Martin Tenn. Disc. No. 26457
                           2700 One Commerce Square
                           Memphis, Tennessee 38103-2555
                           (901) 525-1455
                           lmartin@harrisshelton.com

                           *Counsel to the Receiver*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2014 the foregoing document was served on counsel of record for Plaintiffs, Defendants Cindy Standley, Robert Bates and Chuck Bates through the CM/ECF system, by electronic mail and U.S. Mail to Defendant Larry Bates at drlarrybates@attglobal.net and 3780 Winwood Farms Loop, Middleton, TN 38052; and by U.S. Mail, postage pre-paid to the following Defendants: Mrs. Barbara B. Bates, 3780 Winwood Farms Loop, Middleton, TN 38052, and Kinsey Bates 197 Ivy Grove Lane, Collierville, TN 38107.

                                                                         s/ Laura S. Martin
                                                                         Laura S. Martin