# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **DAMIAN ORLOWSKI, et al** ) | |
| ) | **Case No. 2:11-cv-01396** |
| *Plaintiffs on behalf of themselves* ) | |
| *and others similarly situated,* ) | **JURY DEMANDED** |
| ) | |
| **v.** ) | |
| ) | |
| **LARRY BATES, et al** ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF FILING DEPOSITION OF MARK ROSENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, by and through counsel, and hereby give notice of filing the deposition transcript and deposition exhibits of Mark Rosenberg.

1

RESPECTFULLY SUBMITTED July 29, 2015.

        LAW OFFICE OF J. HOUSTON GORDON

BY:   /s/ Amber Griffin Shaw
       J. HOUSTON GORDON, (TN #7523)
       LYLE REID, (TN#07779)
       AMBER GRIFFIN SHAW, (TN #026337)
       CHARLES BRASFIELD, (TN# 31040)
       SAMUEL IVY (TN# 033367)
       Suite 300, Hotel Lindo Building
       114 West Liberty Avenue
       P. O. Box 846
       Covington, TN 38019-0846
       (901) 476-7100/Telephone
       (901) 476-3537/Facsimile
       lawjhg@comcast.net

        MANTESE HONIGMAN ROSSMAN & WILLIAMSON, P.C.

By:   /s/ Gerard V. Mantese
       GERARD V. MANTESE, (P#34424)
       JOSH LUSHNAT, (P#75319)
       DAVID HONIGMAN, (P#33146)
       BRENDAN HENRY FREY, (P#34424)
       1361 E. Big Beaver Road
       Troy, MI  48083
       248-457-9200.Office
       248-457-9201.Fax
       gmantese@manteselaw.com

*Attorneys for Plaintiffs and class members*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 29, 2015, a true and correct copy of the foregoing document was forwarded by electronic means *via* the Court's electronic filing system to:

John L. Ryder (TN#8258)
Ms. Laura S. Martin (TN#26457)
Ms. Caroline Lee Giovannetti (TN#
HARRIS, SHELTON, HANOVER, & WALSH, PLLC
  *Receiver for First American Monetary Consultants & Information Radio Network, Inc.*
2700 One Commerce Square
Memphis, TN 38103-255
901-525-1455
jr156@harrisshelton.com
lmartin@harisshelton.com

T. Tarry Beasley, II (TN#4869)
BEASLEY LAW FIRM
  *Attorney for Defendants, Robert Bates and Charles "Chuck" Bates*
1850 Poplar Crest Cove, Suite 200
Memphis, TN 38119
901-682-8000. Telephone
901-682-8887. Facsimile
tarry@beasleylawfirm.org

Mr. Randall J. Fishman, (TN#7097)
Mr. Richard S. Townley (TN #28164)
BALLIN, BALLIN & FISHMAN, P.C.
  *Attorneys for Defendant,* Cecilia "Cindy" K. Standley
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
901-252-6278.telephone
901-5256294.facsimile
ecfcivil@bbfpc.com

and via email and U.S. Mail to:

Mr. Charles Larry Bates, *Pro Se Defendant*
3780 Windwood Farms Loop
Middleton, TN 38052
drlarrybates@attglobal.net

Mrs. Barbara B. Bates, *Pro Se Defendant*
3780 Windwood Farms Loop
Middleton, TN 38052
bbates@famc.com

Mrs. Kinsey Brown Bates
*Defendant*
197 Ivy Grove Lane
Collierville, TN 38017 and
P.O. Box 38117
Germantown, TN 38183

/s/Amber G. Shaw