UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAMIAN ORLOWSKI, et al.,

    Plaintiffs on behalf of themselves
    and all other similarly situated,

v.                                       No. 2:11-cv-01396
                                         JURY DEMANDED

LARRY BATES, et al.

    Defendants.

## RECEIVER'S FINAL REPORT

John L. Ryder, as the Receiver for Information Radio Network, Inc. ("IRN"), First American Monetary Consultants, Inc. and FAMC PM, LLC (together "FAMC") (collectively the "Receivership Entities"), submits his final report to the Court.

1.     The Court entered its order Terminating the Receivership and Discharging the Receiver on May 4, 2020 (ECF No. 1099).

2.     Pursuant to the order, the deadline to file objections to termination and discharge of the Receiver was May 25, 2020. No objections have been received by the Receiver or filed with the Court.

3.     The Receiver has completed final administrative tasks including notice to creditors, resignation as registered agent for First American Monetary Consultants in Tennessee, dissolution of First American Monetary Consultants in Colorado, and discharge of the registered agent for FAMC PM LLC.

4. In April 2020, the Receiver's money market account earned interest in the amount of $124.81. This amount was transferred to the operating account and the money market account was closed. The Receiver also transferred the $1,274.00 balance from his firm's escrow account to the Receiver's operating account

5. In June 2020, the Receiver paid administrative fees in the amount of $5,559.00 and expenses in the amount of $27.95.

6. The balance in the Receiver's account on June 30, 2020 was $14,537.86.

7. Outstanding expenses for dissolution and winddown of the Receivership Entities total $709.50

8. On the payment of final fees and expenses, remaining funds will be transferred to class counsel.

9. The Receiver has identified no further activities necessary to effectuate the termination of the Receivership.

Respectfully submitted,

HARRIS SHELTON HANOVER WALSH, PLLC

BY:  s/ Laura S. Martin
John L. Ryder   Tenn. Disc. No. 8258
Laura S. Martin Tenn. Disc. No. 26457
2210 One Commerce Square
Memphis, Tennessee 38103-2555
(901) 525-1455
lmartin@harrisshelton.com

## **CERTIFICATE OF SERVICE**

      I certify that on August 3, 2020, the foregoing document was served on counsel of record for Plaintiffs through the CM/ECF system, via US Mail to Barbara Bates to her last known address (current mailing address unknown), and via US Mail to the following:

Kinsey Bates # 29635-076
FCI ALICEVILLE
FEDERAL CORRECTIONAL INSTITUTION
P.O.BOX 4000
ALICEVILLE, AL  35442

Robert Bates #27606-076
FCI MEMPHIS
FEDERAL CORRECTIONAL INSTITUTION
P.O, BOX 34550
MEMPHIS, TN  38184

Larry Bates #27604-076
FCI BUTNER LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 999
BUTNER, NC  27509

Chuck Bates #27605-076
FCI YAZOO CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS  39194

                                                  s/ Laura S. Martin
                                                  Laura S. Martin